IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 19-122-2 |
| CHARLES WILSON | : | NO. 19-123-1 |

ORDER

And now, this 23rd day of December 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Charles Wilson for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 143) is DENIED.

(2) the supplemental counseled motion of defendant for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 153) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                    J.